PER CURIAM.
The final judgment of dissolution is affirmed on the grounds that (a) the record clearly demonstrates that the parties stipulated to the matters now appealed, Gunn Plumbing, Inc. v. Dania Bank, 252 So.2d 1 (Fla.1971); Dorson v. Dorson, 393 So.2d 632 (Fla. 4th DCA 1981); Groover v. Groover, 383 So.2d 280 (Fla. 3d DCA 1980); Behar v. Southeast Banks Trust Co., N.A., 374 So.2d 572 (Fla. 3d DCA 1979), cert. denied, 379 So.2d 202 (Fla.1980); Barr v. Ehrlich, 301 So.2d 147 (Fla. 4th DCA 1974); Curr v. Helene Transportation Corp., 287 So.2d 695 (Fla. 3d DCA 1973), and (b) no error or abuse of the trial court’s discretion has been shown, Canakaris v. Ganakaris, 382 So.2d 1197 (Fla.1980).
Affirmed.